# Court of Appeals
# of the State of Georgia

ATLANTA,___January 12, 2015_____

*The Court of Appeals hereby passes the following order:*

## A14A2091. HILDEBRANDT et al. v. McCORD.

Nicole and Benjamin Hildebrandt filed an appeal in the above-styled case following this Court's grant of their application for an interlocutory appeal in Case No. A14I0196, *Hildebrandt et al. v. McCord*. Upon review of the appellate record and the applicable law, this Court concludes that it improvidently granted the Hilderbrandts' application for interlocutory appeal. Consequently, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____01/12/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*